

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00362-CV

**IN RE GUARDIANSHIP OF TERRY L. GILMER**, an incapacitated person,

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-070-PR
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

    Appellants' motion for extension of time to file their reply brief is GRANTED. Appellants' reply brief is due January 20, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court